# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL C. HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0963 |
| ) | Judge Trauger |
| DENNIS THRASHER, *et al.*, ) | Magistrate Judge Griffin |
| ) | |
| Defendants. ) | |

## O R D E R

On February 16, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 30), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Ronald Blanton (Docket No. 22) is **GRANTED**, and all claims against this defendant are **DISMISSED WITH PREJUDICE**.

This case is **REFERRED** back to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 16th day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge