IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL C. HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0963 |
| | ) | Judge Trauger |
| DENNIS THRASHER, *et al.*, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On October 28, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 73), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendants Dennis Thrasher and Houston Callaway (Docket No. 50) and the Motion to Dismiss (Docket No. 55) and Renewed Motion to Dismiss (Docket No. 72), filed by defendants Sonya Troutt and Doug Canter, are **GRANTED**.

This action is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 22nd day of November 2011.

_____
ALETA A. TRAUGER
U.S. District Judge